

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

No. 04-12-00824-CV

Karen D. **GRIFFIN,**
Appellant

v.

**UNION PACIFIC RAILROAD COMPANY** and Kenneth Piper,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-08523
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file motion for rehearing is hereby GRANTED. Time is extended to June 2, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court